AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>7-25-mj-91 | Date and time warrant executed:<br>May 8, 2025 @ 1326 hrs | Copy of warrant and inventory left with:<br>On file with USPIS |
| Inventory made in the presence of :<br>Postal Inspector Barrett and USPIS TFO Bridges | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>1. Approximately 36 grams of steroids.<br><br>2. United States Postal Service Priority Mail Parcel bearing tracking number "9405 5362 0624 9298 2565 57" and packing material.<br><br>**Received in Chambers By Reliable Electronic Means**<br>5/8/2025 2:48 PM<br>**Hon. C. Kailani Memmer**<br>**United States Magistrate Judge**<br><br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>AT ROANOKE, VA<br>FILED<br>May 08, 2025<br>LAURA A. AUSTIN, CLERK<br>BY: s/ S. Neily, Deputy Clerk | | |
| Certification | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 5/8/2025<br><br>*Michael J. Barrett*<br>*Executing officer's signature*<br><br>Michael J. Barrett, United States Postal Inspector<br>*Printed name and title* | | |

[Print]   [Save As...]   [Reset]